# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DESHAWNA MOORE, | : | Case No. 3:20-cv-00481 |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| RELIABLE HOME HEALTH CARE, LLC, | : | |
| | : | |
| Defendant. | : | |

# ORDER

This matter is before the Court on the Joint Motion for Extension of Discovery Deadline and Dispositive Motion Deadline. For good cause shown, the Joint Motion for Extension (Doc. No. 24) is hereby **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Telephone Status Conference[1] | March 1, 2022, at 2:00 p.m. |
| Telephone Status Conference | May 2, 2022, at 2:00 p.m. |
| Discovery Deadline | May 20, 2022 |
| Dispositive Motion Deadline | June 20, 2022 |

**IT IS SO ORDERED**.

February 22, 2022

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

---

[1] To participate, please call 1-888-684-8852. The ACCESS CODE is 1628120. The SECURITY CODE is 012345. This call-in information will also apply for the Telephone Status Conference set for May 2, 2022.