IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DESHAWNA MOORE, | : | Case No. 3:20-cv-00481 |
| Plaintiff, | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| RELIABLE HOME HEALTH CARE, LLC, | : | |
| Defendant. | : | |

# ORDER

This matter is before the Court on Plaintiff's Motion to Compel. Plaintiff asks this Court for an order compelling Defendant to produce (1) video and audio recordings of conversations with Plaintiff, and (2) documents related to Defendant's acquisition. (Doc. 32, PageID 146.) The undersigned and counsel discussed this matter during a Telephone Status Conference on September 16, 2022. For the reasons stated during that conference, Plaintiff's Motion to Compel (Doc. 32) is **GRANTED**. Defendant is hereby **ORDERED** to produce the recordings and acquisition documents no later than October 7, 2022.

Defendant is **ADVISED** that the failure to comply with this Court's Order by October 7, 2022 may result in sanctions which include, but are not limited to, an order "(i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims; (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence; (iii) striking pleadings in whole or in part;

(iv) staying further proceedings until the order is obeyed; (v) dismissing the action or proceeding in whole or in part; (vi) rendering a default judgment against the disobedient party; or (vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination." Fed. R. Civ. P. 37(b)(2)(A). As a further sanction, the Court may order the disobedient party to pay the other party its attorneys' fees caused by the failure to provide discovery. Fed. R. Civ. P. 37(b)(2)(C).

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge