UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTAL CAUDILL,
TRUSTEE IN BANKRUPTCY,

    Plaintiff,                                Case No. 3:20-cv-481

vs.

RELIABLE HOME                            District Judge Michael J. Newman
HEALTH CARE, LLC, *et al.*,                Magistrate Judge Caroline H. Gentry

    Defendants.

**ORDER: (1) GRANTING THE MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER (DOC. NO. 78); AND (2) APPOINTING BETH CAMPBELL AS SPECIAL PROCESS SERVER**

        This case is before the Court upon Plaintiff's motion for appointment of a special process server. Doc. No. 78. Defendant BlueSummit Medical Group, LLC ("BlueSummit") has not participated in the litigation since approximately November 17, 2023. *See* Doc. Nos. 70, 71, 73. Shortly after the Court dismissed all claims against former Defendant Reliable Home Health Care, LLC and entered a default judgment against BlueSummit (Doc. No. 73), Plaintiff filed a notice that the Clerk of Court could not locate BlueSummit. *See* Doc. No. 76. Accordingly, it appears that BlueSummit may not have been served with: (1) Judge Gentry's show cause order from January 2024 (Doc. No. 71); (2) the Court's order entering a default judgment against BlueSummit (Doc. No. 73); or (3) the Clerk's entry of default (Doc. No. 74).

        Plaintiff now asks for the appointment of a special process server to properly serve BlueSummit with Doc. Nos. 71, 73, and 74. *See* Doc. No. 78. Plaintiff requests the appointment of Beth Campbell, P.O. Box 436, Miamisburg, Ohio, 45432, to serve as the special process server in this case. *Id.*

Pursuant to Fed. R. Civ. P. 4(C)(3), and for good cause shown, the motion for appointment of a special process server (Doc. No. 78) is **GRANTED**.  The Court **APPOINTS** Beth Campbell as the special process server in this case.

**IT IS SO ORDERED.**

May 6, 2024                              s/Michael J. Newman
                                         Hon. Michael J. Newman
                                         United States District Judge