UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTAL L CAUDILL,

    Plaintiff,

vs.

RELIABLE HOME
HEALTH CARE LLC, *et al.*,

    Defendants.

Case No. 3:20-cv-481

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER: (1) STAYING THIS CASE UNDER 11 U.S.C. § 362(a); (2) REQUIRING DEFENDANT BLUESUMMIT TO FILE A STATUS REPORT EVERY FOUR MONTHS BEGINNING ON DECEMBER 2, 2024; (3) REQUIRING DEFENDANT TO NOTIFY THE COURT WITHIN 30 DAYS AFTER THE BANKRUPTCY PROCEEDINGS ARE RESOLVED; AND (4) REQUIRING DEFENDANT TO NOTIFY THE COURT WITHIN 30 DAYS IF THIS CASE BECOMES MOOT AS A RESULT OF THE BANKRUPTCY PROCEEDINGS**
_____

    Pursuant to the recently filed notice of bankruptcy and suggestion of stay, advising the Court that Defendant BlueSummit Medical Group, LLC ("BlueSummit") has filed a voluntary bankruptcy petition under Chapter 11 of the United States Code (Doc. No. 88), the Court hereby **ORDERS** this case **STAYED** under 11 U.S.C. § 362(a), pending conclusion of Defendant BlueSummit's bankruptcy proceedings.

    Defendant BlueSummit shall keep the Court apprised of the status of its bankruptcy case by **FILING A STATUS REPORT** in the present case every four months beginning on **December 2, 2024**.

    Defendant shall also **NOTIFY** the Court within 30 days after the bankruptcy is resolved.  If this case becomes moot as a result of the bankruptcy proceedings, Defendant shall likewise **NOTIFY** the Court within 30 days.

    **IT IS SO ORDERED.**

November 7, 2024

                                               s/*Michael J. Newman*
                                               Hon. Michael J. Newman
                                               United States District Judge