UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTAL L. CAUDILL,

    Plaintiff,

vs.

RELIABLE HOME
HEALTH CARE LLC, *et al.*,

    Defendants.

Case No. 3:20-cv-481

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

# ORDER DIRECTING DEFENDANT BLUESUMMIT MEDICAL GROUP, LLC TO FILE STATUS REPORT ON OR BEFORE APRIL 16, 2025

---

On November 7, 2024, this Court ordered Defendant BlueSummit Medical Group, LLC to file a status report every four months beginning on December 2, 2024 to provide an update on the bankruptcy proceedings.  Doc. No. 89.  Defendant filed a status report on December 2, 2024.  Doc. No. 90.  Defendant has not filed the status report that was due on April 2, 2025.  *See* Doc. No. 89.  This Court **ORDERS** Defendant to file the status report by **April 16, 2025** and continue to file status reports every four months starting from the April 16, 2025 date until the bankruptcy proceeding is resolved.  This means the next status report will be due **August 16, 2025**.

    **IT IS SO ORDERED.**

April 9, 2025                                          s/*Michael J. Newman*
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge